|   |   |
|---|---|
|   | THE HONORABLE DAVID G. ESTUDILLO |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **JOSEPH GILLUM dba J&B LOGSTACKERS**, <br><br> Plaintiff, <br><br> v. <br><br> **THE BURLINGTON INSURANCE COMPANY**, <br><br> Defendant. | Case No. 3:21-cv-005826-DGE <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION

The undersigned parties, by and through their respective counsel, hereby stipulate and jointly request that the Court dismiss the above-entitled action in its entirety, with prejudice, and without an award of costs or fees to any party.

DATED: September 26, 2022                     DATED: September 26, 2022

CHENOWETH LAW GROUP                           DAVIS WRIGHT TREMAINE LLP

*/s/ Brian D. Chenoweth*                      */s/ Everett W. Jack, Jr.*
Brian D. Chenoweth, WSBA #25877               Everett W. Jack, Jr., WSBA #47076
bdc@chenowethlaw.com                          Adam E. Jones, WSBA #50159
510 SW Fifth Avenue, Fourth Floor             1300 SW Fifth Avenue, Suite 2400
Portland, OR  97204                           Portland, OR 97201-5610
Telephone:  (503) 221-7958                    Telephone: (503) 778-5218
Facsimile:  (503) 221-2182                    Facsimile: (503) 778-5299
Email: bdc@chenowethlaw.com                   Email: everettjack@dwt.com
*Attorneys for Plaintiff*                              Adamjones@dwt.com
                                              *Attorney for Defendant*

**STIPULATED MOT. & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (3:21-cv-005826-DGE) -** Page 1

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bdc@chenowethlaw.com

1
2
**ORDER**
3
Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed
4
with prejudice. The parties shall each bear their own attorney's fees and costs.
5
6
7
Entered this ___3rd___ day of ___October___ 2022.
8
9
10
_____
UNITED STATES DISTRICT COURT JUDGE
11
Presented by:
12
13
DATED: September 26, 2022                    DATED: September 26, 2022
14
CHENOWETH LAW GROUP                          DAVIS WRIGHT TREMAINE LLP
15
/s/ Brian D. Chenoweth                       /s/ Everett W. Jack, Jr.
Brian D. Chenoweth, WSBA #25877              Everett W. Jack, Jr., WSBA #47076
16
bdc@chenowethlaw.com                         Adam E. Jones, WSBA #50159
510 SW Fifth Avenue, Fourth Floor            1300 SW Fifth Avenue, Suite 2400
17
Portland, OR 97204                           Portland, OR 97201-5610
Telephone: (503) 221-7958                    Telephone: (503) 778-5218
18
Facsimile: (503) 221-2182                    Facsimile: (503) 778-5299
Email: bdc@chenowethlaw.com                  Email: everettjack@dwt.com
19
*Attorneys for Plaintiff*                              Adamjones@dwt.com
                                             *Attorney for Defendant*
20
21
22
23
24
25
26

**STIPULATED MOT. & [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
(3:21-cv-005826-DGE) - Page 2**

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bdc@chenowethlaw.com